433 A.2d 122

Walsh et al. v. Hinman, M. D. et al.

Appeal of The Aetna Casualty and Surety Company.

Petition for Allowance of Appeal Denied Feb. 26, 1982.

■■■ Argued June 12, 1980.  Fredric L. Goldfein, for appellant;  John J. McCarty, for Walsh, appellee.  Albert L. Bricklin, for Hinman, appellee.

Before WICKERSHAM, WATKINS and LIPEZ, JJ.

Order affirmed on the opinion of the lower court.

LIPEZ, J., concurred in the result.